| | | | |
|---|---|---|---|
| | **RETURN OF SERVICE** | | Court Stamp Here |
| Court | IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA | | |
| Plaintiff | NICHOLAS HEALY, individually and on behalf of all others similarly situated | Case # | 50-2021-CA-010070 |
| Defendant | HONORLOCK INCORPORATED | Hearing Date | |
| Person to be Served | HONORLOCK INCORPORATED c/o Kelly Ann Singh, Registered Agent | Came to Hand Date/Time | 9/11/2021 9:10 AM |
| Manner of Service | Substitute | Service Date/Time | 9/15/2021 10:36 AM |
| Documents | Summons;Standing Order for Case Management and Submission of Agreed Case Management plan in Civil cases;Class Action Complaint and Demand for Jury Trial | Service Fee | $55.00 |

On **9/15/2021** at:
**2500 N Military Trail, Suite 322, Boca Raton, FL 33431** I served **HONORLOCK INCORPORATED c/o Kelly Ann Singh, Registered Agent** by:

Leaving **1** copy(ies) of this process with **Alice Ciflentes**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Alice Ciflentes who indicated they were the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 120-140 lbs**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

John MacEachron | 1244 | 09/15/2021
--- | --- | ---
 | Process Server ID | Date Executed

Ref 010070

abclegal  Ku & Mussman P.A.

Tracking # 0076235018