Filing # 134093847 E-Filed 09/07/2021 11:20:38 AM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

NICHOLAS HEALY, individually and on
behalf of all others similarly situated,

PLAINTIFF,

CASE NUMBER: 50-2021-CA-010070

v.

JUDGE:

HONORLOCK INCORPORATED,

DEFENDANT.
_____/

**SUMMONS**
(Civil Action)

THE STATE OF FLORIDA

TO EACH SHERIFF OF SAID STATE:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant:

HONORLOCK INCORPORATED
C/O KELLY ANN SINGH, Registered Agent
2500 N MILITARY TRAIL, SUITE 322
BOCA RATON, FL 33431

The Defendant is required to serve a written defense to the Complaint on Plaintiff's Attorney, whose name and address is as follows:

LOUIS I. MUSSMAN, ESQ.
KU & MUSSMAN, P.A.
18501 PINES BLVD., SUITE 209-A
PEMBROKE PINES, FL 33029
TEL: (305) 891-1322

within 20 days after service of this Summons on Defendant, exclusive of the day of the service, and to file the original of the defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If the Defendant fails to do so, a Default will be entered against Defendant for the relief demanded in the Complaint.

1

WITNESS my hand and seal of said Court on  Sep 10 2021  .



JOSEPH ABRUZZO
Clerk of the Circuit Court

By _____
Deputy Clerk  **JOSIE LUCCE**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administrative Office of the Court, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380.