UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 9:21-cv-81912-RS

NICHOLAS HEALY, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

HONORLOCK INCORPORATED,

    Defendant.
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Nicholas Healy hereby voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 13, 2022      Respectfully submitted,

/s/ Louis I. Mussman
LOUIS I. MUSSMAN
Fla. Bar No. 597155
BRIAN T. KU
Fla. Bar No. 610461
KU & MUSSMAN, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Telephone: (305) 891-1322
Facsimile: (954) 686-3976
louis@kumussman.com
brian@kumussman.com

Randall K. Pulliam (Pro Hac Vice)
rpulliam@cbplaw.com
Samuel R. Jackson
sjackson@cbplaw.com (Pro Hac Vice)
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street

1

Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

  I certify that on October 13, 2022, I electronically transmitted the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic mail notice to all counsel of record.

          /s/ Louis I. Mussman
          Louis I. Mussman