UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-81912-CIV-SMITH

NICHOLAS HEALY, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

HONORLOCK INCORPORATED,

    Defendant.

_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the Plaintiff's Notice of Dismissal with Prejudice [DE 40]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice** as to Nicholas Healy and without prejudice as to the proposed class members.

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 14th day of October, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record